GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Fax: (415) 440-7898

DAVID C. ANDERSON (83146)
LAW OFFICE OF DAVID C. ANDERSON
50 Francisco Street, Suite 450
San Francisco, California 94133
Telephone: (415) 395-9898
Fax: (415) 395-9839

Attorneys for Defendants
EDUARDO MENDOZA, DENISE MENDOZA,
and DARUKA WANIGATUNGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scottsdale Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Eduardo Mendoza, an individual; Denise Mendoza, an individual; Daruka Wanigatunga, an individual dba Café Cocomo; Abitsch & Abitsch, LLC, a corporation; and Does 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____<br>EDUARDO MENDOZA, an individual; DENISE MENDOZA, an individual; and DARUKA WANIGATUNGA, an individual,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY, a corporation,<br><br>　　　　Counter-Defendants.<br>_____<br>AND RELATED CROSS-CLAIMS & COUNTERCLAIM | Case No. CV 11 4398 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER RE: THE FILING OF AMENDED PLEADINGS** |

Stipulation Re: the Filing of Amended Pleadings - CV11-4398 DMR　　　　　　　　　　　　1

In an effort to address concerns and/or potential disputes arising out of the parties' respective interpretations of Counter-Claimants Eduardo and Denise Mendoza (collectively "Mendoza") and Daruka Wanigatunga's ("Wanigatunga") First Amended Counter Claim, and Counter-Claimants Abitsch & Abitsch's Counter-Claim and Cross-Claim, IT IS HEREBY STIPULATED by and between Counter-Claimants MENDOZA, WANIGATUNGA, and ABITSCH & ABITSCH ("Counter-Claimants") and Plaintiff SCOTTSDALE INSURANCE COMPANY ("Plaintiff"), by and through their respective counsel, as follows.

1. Counter-Claimants Mendoza and Wanigatunga may file a Second Amended Counter-Claim on or before February 21, 2012 without a motion and upon the Court's Order based on this Stipulation;

2. Counter-Claimants Abitsch & Abitsch may file a First Amended Counter-Claim and Cross-Claim on or before February 21, 2012 without a motion and upon the Court's Order based on this Stipulation;

3. By agreeing to the filing of the Second Amended Counter-Claim, First Amended Counter-Claim and Cross-Claim without the necessity of a Motion for Leave to Amend, Plaintiff is: a) not waiving any right to file a responsive pleading in any form, including a Motion to Dismiss or Strike; and b) not admitting any fact or contention set forth in the above referenced amended pleadings. The deadline for Plaintiff to file a responsive pleading to the proposed amended pleadings set forth in numbers 1 and 2, *supra,* shall be determined by the applicable Federal Rule of Civil Procedure. Should Counter-Claimants Mendoza and Wanigatunga fail to file their Second Amended Counter-Claim on or before February 21, 2012, then Plaintiff shall have up to and including March 6, 2012 in which to file its responses to Mendoza's and Wanigatunga's First Amended Counter-Claim currently on file. Likewise, should Counter-Claimant Abitsch & Abitsch fail to file its First Amended Counter-Claim and Cross-Claim on or before February 21, 2012, then Plaintiff shall have up to and including March 6, 2012

/ / /

/ / /

/ / /

/ / /

in which to file its responses to Abitsch & Abitsch's Counter-Claim currently on file.

**IT IS SO STIPULATED.**

DATED: February 9, 2012                     GUY KORNBLUM & ASSOCIATES


By __s/Walter G. Crump_____
   WALTER G. CRUMP
   Attorneys for Counter-Claimants
   Eduardo Mendoza, Denise Mendoza
   and Wanigatunga


DATED: February 9, 2012                     SELMAN BREITMAN LLP


By __s/ Nick P. Honkamp_____
   NICK P. HONKAMP
   Attorney for Plaintiff Scottsdale Ins. Co.


DATED: February 9, 2012                     MAYO & MAYO


By __s/Terrence O. Mayo_____
   TERRENCE O. MAYO
   Attorney for Counter-Claimant
   Abitsch & Abitsch

## **ORDER**

     PURSUANT TO THE PARTIES' STIPULATION SET FORTH ABOVE AND GOOD CAUSE BEING SHOWN THEREFORE, IT IS HEREBY ORDERED THAT: 1) Counter-Claimants Mendoza and Wanigatunga may file a Second Amended Counter-Claim on or before February 21, 2012 without a motion and upon the Court's Order based on this Stipulation; 2) Counter-Claimants Abitsch & Abitsch

1  may file a First Amended Counter-Claim and Cross-Claim on or before February 21, 2012 without a
2  motion and upon the Court's Order based on this Stipulation. Further, the other terms of the above
3  Stipulation are incorporated into this order.

4
5  **IT IS SO ORDERED.**
6
7  Dated: _February 13, 2012_
8
9  _____
10 HON. DONNA M. RYU
   UNITED STATES MAGISTRATE JUDGE
11 NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28