UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO, | No. C-11-04398 DMR |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDUARDO MENDOZA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for April 11, 2012 is CONTINUED to **April 26, 2012 at 11:00 a.m.**, to be held concurrently with the hearing on Plaintiff/Counterdefendant's motion to dismiss, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The joint Case Management Statement is due no later than **April 16, 2012.**

IT IS SO ORDERED.

Dated: March 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge