United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE CO,

        Plaintiff,

    v.

EDUARDO MENDOZA, et al.,

        Defendants.

_____/

No. C-11-04398 DMR

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Further Case Management Conference previously scheduled for April 11, 2012 is

CONTINUED to **April 26, 2012 at 11:00 a.m.**, to be held concurrently with the hearing on

Plaintiff/Counterdefendant's motion to dismiss, in Courtroom 4, 3rd Floor, U.S. District Court, 1301

Clay Street, Oakland, California 94612.  The joint Case Management Statement is due no later than

**April 16, 2012.**

      IT IS SO ORDERED.

Dated:  March 29, 2012

                            _____

                            DONNA M. RYU
                            United States Magistrate Judge