UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO, | No. C-11-04398 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| EDUARDO MENDOZA, | |
| Defendant(s). | |

Plaintiff Scottsdale Insurance Company's motion to dismiss and strike portions of Defendant Abitsch & Abitsch, LLC's counterclaim is set for a hearing on April 26, 2012. Pursuant to Civil Local Rule 7-3, any brief in opposition to Plaintiff's motion was due on March 23, 2012, but Defendant filed neither an opposition nor a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). <u>Defendant Abitsch & Abitsch is hereby ordered to show cause</u> for its failure to file an opposition to the motion to dismiss or, alternatively, to file a statement of nonopposition in accordance with Civil Local Rule 7-3(a) and (b). Defendant Abitsch & Abitsch must file its response to this order to show cause, or file its notice of nonopposition to the motion to dismiss, by no later than April 12, 2012. This order to show cause does not constitute permission to file a late opposition. Defendant's failure to respond to the order to show cause may result in dismissal of portions of Abitsch & Abitsch's counterclaim.

IT IS SO ORDERED.

Dated: April 5, 2012

DONNA M. RYU
United States Magistrate Judge