UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE CO,   No. C-11-04398 DMR

    Plaintiff(s),   **ORDER TO SHOW CAUSE**

    v.

EDUARDO MENDOZA,

    Defendant(s).
_____/

    Pursuant to the March 29, 2012 Order Continuing Case Management Conference, the court held a further case management conference on April 26, 2012. Cross-Defendant Alan Litz did not appear. The court noted during the further case management conference that Litz had failed to provide initial disclosures as required by Federal Rule of Civil Procedure 26 or file a "Certification of Interested Entities or Persons" pursuant to Civil Local Rule 3-16.

    <u>Cross-Defendant Alan Litz is hereby ordered to show cause</u> for his failure to appear at the case management conference and his failure to provide initial disclosures as required by Federal Rule of Civil Procedure 26 or file a certification of interested entities as required by the court's Civil Local Rule 3-16. Cross-Defendant Litz must file his response to this order to show cause, or file and serve the required documents and file a proof of service on the court docket, by no later than May 10, 2012.

    IT IS SO ORDERED.

Dated: April 26, 2012

                                                                DONNA M. RYU
                                                                United States Magistrate Judge