United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO, | No. C 11-04398 DMR |
| Plaintiff(s), | **ORDER REGARDING AUGUST 22, 2012 CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDUARDO MENDOZA, | |
| Defendant(s). | |

The court is in receipt of the August 16, 2012 Case Management Conference statement filed by all parties except Cross-Defendant Alan Litz dba CFI Insurance Agency. [Docket No. 91.] The court hereby orders the following: settling parties Scottsdale Insurance Company, Eduardo Mendoza, Denise Mendoza, and Daruka Wanigatunga dba Café Cocomo need not appear at the Case Management Conference scheduled for August 22, 2012, but shall file a status report **by no later than September 17, 2012.  Defendant Abitsch & Abitsch, LLC and Cross-Defendant Alan Litz dba CFI Insurance Agency are ordered to appear at the August 22, 2012 Case Management Conference.**

IT IS SO ORDERED.

Dated: August 17, 2012

DONNA M. RYU
United States Magistrate Judge