United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11    SCOTTSDALE INSURANCE CO,                 No. C-11-04398 DMR

12                 Plaintiff(s),               **ORDER TO SHOW CAUSE**

13          v.

14    EDUARDO MENDOZA,

15                 Defendant(s).
                                          /
16

17          Pursuant to Civil L.R. 16-2, a case management conference was scheduled for August 22,

18    2012 at 1:30 p.m. before this court in the above-entitled case.  Defendant Abitsch & Abitsch, LLC

19    and Cross-Defendant Alan Litz did not appear.

20          IT IS HEREBY ORDERED that by **no later than September 5, 2012**, Defendant Abitsch &

21    Abitsch, LLC and Cross-Defendant Alan Litz show cause in writing why they did not appear at the

22    case management conference on August 22, 2012 and why this action should not be dismissed for

23    their failure to appear.

24          IT IS SO ORDERED.

25

26    Dated:  August 22, 2012

27                                                    _____
                                                      DONNA M. RYU
28                                                    United States Magistrate Judge