UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO, | No. C-11-04398 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| EDUARDO MENDOZA, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for August 22, 2012 at 1:30 p.m. before this court in the above-entitled case. Defendant Abitsch & Abitsch, LLC and Cross-Defendant Alan Litz did not appear.

IT IS HEREBY ORDERED that by **no later than September 5, 2012**, Defendant Abitsch & Abitsch, LLC and Cross-Defendant Alan Litz show cause in writing why they did not appear at the case management conference on August 22, 2012 and why this action should not be dismissed for their failure to appear.

IT IS SO ORDERED.

Dated: August 22, 2012

DONNA M. RYU
United States Magistrate Judge