GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Fax: (415) 440-7898

DAVID C. ANDERSON (83146)
LAW OFFICE OF DAVID C. ANDERSON
50 Francisco Street, Suite 450
San Francisco, California 94133
Telephone: (415) 395-9898
Fax: (415) 395-9839

Attorneys for Defendants
EDUARDO MENDOZA, DENISE MENDOZA,
and DARUKA WANIGATUNGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scottsdale Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Eduardo Mendoza, an individual; Denise Mendoza, an individual; Daruka Wanigatunga, an individual dba Café Cocomo; Abitsch & Abitsch, LLC, a corporation; and Does 1 through 20, inclusive,<br><br>Defendants.<br><br>EDUARDO MENDOZA, an individual; DENISE MENDOZA, an individual; and DARUKA WANIGATUNGA, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, a corporation,<br><br>Counter-Defendants.<br><br>AND RELATED CROSS-CLAIMS & COUNTERCLAIMS | Case No. CV 11 4398 DMR<br><br>**STIPULATION FOR ORDER FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE; WITH RESERVATION OF ABITSCH & ABITSCH THIRD PARTY CROSS-COMPLAINT AGAINST CROSS-DEFENDANT LITZ** |

STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE.-- CV 11 4398 DMR       1

## STIPULATION

A settlement having been reached in this matter on August 6, 2012, as a result of a mediation before The Honorable Robert Dossee (Ret.) of JAMS as to 1) SCOTTSDALE INSURANCE COMPANY's Complaint against EDUARDO MENDOZA, an individual; DENISE MENDOZA, an individual; DARUKA WANIGATUNGA, an individual dba Café Cocomo; ABITSCH & ABITSCH, LLC, a corporation, 2) the Second Amended Counterclaim and all prior Counterclaims against SCOTTSDALE INSURANCE COMPANY by the following Counter-claimants: EDUARDO MENDOZA, an individual; DENISE MENDOZA, an individual; DARUKA WANIGATUNGA, an individual; and ABITSCH & ABITSCH, LLC, it is hereby stipulated that said Complaint and Counterclaims may be dismissed with prejudice as to each and all of these parties.

This Stipulation and Order of Dismissal is as to the referenced Complaint and Counterclaims only; the Third Party Cross-complaint of ABITSCH & ABITSCH, LLC against ALAN LITZ is not dismissed as a result of the aforesaid settlement nor by this Stipulation. Said Third Party Cross-complaint, and all claims therein stated are hereby reserved as to further proceedings in this matter.

In addition, nothing in this Stipulation or the court's Order should affect 1) ABITSCH & ABITSCH, LLC's cross-action against DARUKA WANIGATUNGA in San Francisco Superior Court Civil Action CGC-07-461540 ("the Underlying Action"), and ABITSCH & ABITSCH, LLC specifically reserves all its rights therein, and/or 2) any other claims which ABITSCH & ABITSCH, LLC has or may have against DARUKA WANIGATUNGA arising either out of the Underlying Action or otherwise, and including, but not limited to, ABITSCH & ABITSCH, LLC's rights as a judgment creditor against DARUKA WANIGATUNGA on the basis of ABITSCH & ABITSCH, LLC's Cross-

//
//
//
//
//
//
//

complaint in San Francisco Superior Court Civil Action No. CGC-07- 466883, entitled *Garcia v. Cocomo et al.*

DATED: August __, 2012

GUY KORNBLUM & ASSOCIATES
THE LAW OFFICES OF DAVID C. ANDERSON

By: _____
    GUY O. KORNBLUM
Attorneys for Defendants Eduardo Mendoza, Denise Mendoza and Daruka Wanigatunga d/b/a Café Cocomo


SELMAN & BREITMAN, LLP


By: _____
    LINDA WENDELL HSU
    MARK INBODY
    NICHOLAS P. HONKAMP
Attorneys for Scottsdale Insurance Company


MAYO & MAYO


By: _____
    TERENCE O. MAYO
Attorneys for Abitsch & Abitsch, LLC

complaint in San Francisco Superior Court Civil Action No. CGC-07- 466883, entitled *Garcia v. Cocomo et al.*

DATED: August 27, 2012

GUY KORNBLUM & ASSOCIATES
THE LAW OFFICES OF DAVID C. ANDERSON


By: _____
        GUY O. KORNBLUM
Attorneys for Defendants Eduardo Mendoza,
Denise Mendoza and Daruka Wanigatunga d/b/a
Café Cocomo


SELMAN & BREITMAN, LLP


By: _____
        LINDA WENDELL HSU
        MARK INBODY
        NICHOLAS P. HONKAMP
Attorneys for Scottsdale Insurance Company


MAYO & MAYO

By: /s/ Terence O. Mayo
        TERENCE O. MAYO
Attorneys for Abitsch & Abitsch, LLC

## ORDER

Based on the above Stipulation the court makes the following Order:

1) SCOTTSDALE INSURANCE COMPANY's Complaint against EDUARDO MENDOZA, an individual; DENISE MENDOZA, an individual; DARUKA WANIGATUNGA, an individual dba Café Cocomo; ABITSCH & ABITSCH, LLC, a corporation is hereby dismissed with prejudice as to all claims and causes of action stated therein;

2) The Second Amended Counterclaim and all prior Counterclaims by Counter-claimants, EDUARDO MENDOZA, an individual; DENISE MENDOZA, an individual; DARUKA WANIGATUNGA, an individual; and ABITSCH & ABITSCH, LLC are hereby dismissed with prejudice as to all claims and causes of action stated therein;

3) ~~The Third Party Cross-complaint of ABITSCH & ABITSCH, LLC against ALAN LITZ is not dismissed as a result of the aforesaid Stipulation. Said Cross-complaint, and all claims therein stated are hereby preserved as to further proceedings in this matter.~~ The third party cross-complaint of Abitsch & Abitsch, LLC against Alan Litz was dismissed by this court on 9/12/12.

DATED: September 21, 2012



_____
DONNA M. RYU, Magistrate Judge